RECEIVED
IDAHO SUPREME COURT
COURT OF APPEALS

2018 FEB 12 AM 10: 48

ORIGINAL

IN THE SUPREME COURT

OF THE STATE OF IDAHO

| | |
|---|---|
| ORIN DUFFIN,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO STATE UNIVERSITY, ARTHUR C. VAILAS, President of Idaho State University in his official capacity, JEFF TINGEY, Athletic Director of Idaho State University in his official capacity, BOBBY GOELTZ, head coach of the Idaho State University Men's Tennis Team, and NATE GROSS, Assistant Coach of the Idaho State University Men's Tennis Team; and JOHN DOES I-X,<br>Defendants. | Ref. No. 18-31<br>Sup. Ct. Docket No. 45684-2018<br><br>STIPULATION FOR DISMISSAL OF APPEAL In Re: CERTIFICATION OF QUESTION OF LAW |

COMES NOW Plaintiff ORIN DUFFIN, by and through his attorneys of record, Hall Angell & Associates, LLP., and Defendants IDAHO STATE UNIVERSITY, ARTHUR C. VAILAS, JEFF TINGEY, BOBBY GOELTZ, and NATE GROSS, by and through their attorneys of record, Kelly Law, PLLC, and per Idaho Appellate Rule 33 hereby stipulate and agree that the above-referenced appeal In Re: Certification of Question of Law may be dismissed with each party to bear its own costs and fees.

DATED this 12 day of February, 2018.

KELLY LAW, PLLC

By: /s/ Michael E. Kelly
Michael E. Kelly, Of the Firm
Attorneys for Defendants

FILED - ORIGINAL
FEB 12 2018
Supreme Court___Court of Appeals
Entered on ATS by___

STIPULATION FOR DIMSISAL OF APPEAL In Re: CERTIFICATION OF QUESTION OF LAW - 1

DATED this 12 day of February, 2018.

                          Hall Angell & Associates, LLP

                          By: _____
                              Sam L. Angell, Of the Firm
                              Attorneys for Plaintiff

**STIPULATION FOR DIMSISAL OF APPEAL In Re: CERTIFICATION OF QUESTION OF LAW - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_12\_ day of February, 2018, I served a true and correct copy of the foregoing by delivering the same to each of the following individuals, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Blake G. Hall<br>Sam L. Angell<br>Nathan R. Starnes<br>Hall Angell & Associates, LLP<br>1075 S. Utah Avenue, Suite 150<br>Idaho Falls, ID 83402<br>Telephone: (208) 522-3003<br>Facsimile: (208) 621-3008<br>bgh@hasattorneys.com<br>sla@hasattorneys.com<br>nrs@hasattorneys.com<br>*Attorneys for Plaintiff* | ☒<br>☐<br>☐ | U.S. Mail<br>Facsimile<br>Electronic Mail |
| Honorable B. Lynn Winmill<br>United States District Court<br>District of Idaho<br>blw_orders@id.uscourts.gov | ☐<br>☐<br>☒ | U.S. Mail<br>Facsimile<br>Electronic Mail |

_____
Michael E. Kelly

**STIPULATION FOR DIMSISAL OF APPEAL In Re: CERTIFICATION OF QUESTION OF LAW - 3**